UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00497-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : ORDER |
| TIMMIE LEE RICHARDSON | : |

This matter comes now before this court on motion of the United States to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Franklin County Sheriff's Office to dispose of the following firearms and ammunition, by destruction, incapacitation, or other means in accordance with its regulations:

(a) One Titan .25 automatic handgun, Serial Number D840315;

(b) One Mossburg 12 gauge pump model 500, Serial Number T877821;

(c) Armi Galesi Brescia Caliber 6.35 handgun;

(d) One 2 shot handgun, Serial Number C00054523; and

(e) Any and all related ammunition.

This the 20th day of Feb, 2020.

LOUISE W. FLANAGAN
United States District Judge